# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**ISMAEL VEGUILLA NAVARRO**　　　　　　　　　　**Case No.**　　13-03701-ESL

　　　　　　　　　　　　　**Chapter 13**　　**Attorney Name:**　　R FIGUEROA CARRASQUILLO LAW OFFICE

| | | | |
|---|---|---|---|
| **I. Appearances** | | | **Date & Time:**　　6/7/2013　10:40:00AM |
| Debtor | [X] Present | [ ] Absent | [X] R　　[ ] NR　　LV:　To be determined. |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | **Creditors:** |
| [ ] Prose | | | |
| [X] Appearing:　R.Nunez | | | **None** |

**II. Oath Administered**

　　　[X] Yes　　　　　　[ ] No

---

**III. Plan**

**Date:**　05/07/2013　　　**Base:**　　$18,120.00　　Payments 1 made out of 1 due.

**Confirmation Hearing Date:**　　6/28/2013　11:00:00AM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

　　$3,000.00　-　$139.00　=　$2,861.00

---

**IV. Status of Meeting**

[X] Closed　　　[ ] Not Held　　　[ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:　[ ] Appear:　[ ] Commence payments

　[ ] Keep payments current　[ ] does (do) not qualify as a debtor (§109):

　[ ] MTD Already filed, see Docket:

　[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**ISMAEL VEGUILLA NAVARRO**

Case No.   **13-03701-ESL**

**Chapter 13**     Attorney Name:   **R FIGUEROA CARRASQUILLO LAW OFFICE**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[X] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>[ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

ISMAEL VEGUILLA NAVARRO

Case No. 13-03701-ESL

Chapter 13        Attorney Name:    R FIGUEROA CARRASQUILLO LAW OFFICE

---

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**Homestead Act, evidence that the Act was presented as well a tittle study has not been submitted. Said information is needed in order to Trustee review if debtor is eligible to use local homestead exemptions.**

**Trustee will file objection to exemptions due to the real property that was claimed as Homestead now is rented and is not debtor's principal residence.**

**Liquidation value cannot be determined until PR local Homestead exemptions issue is resolved.**

**Ivu registration for rent income has not been provided.**

**The following party(ies) object(s) confirmation:**

s/Michelle M Vega                                                      Date:    06/07/2013

**Trustee/Presiding Officer**                                          (Rev. 05/13)