IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ISMAEL VEGUILLA NAVARRO<br><br>DEBTOR(S) | CASE NO. 13-03701-ESL<br><br>CHAPTER 13 |

### DEBTOR'S REPLY TO TRUSTEE'S OBJECTION TO EXEMPTION

**TO THE HONORABLE COURT:**

COMES NOW, **ISMAEL VEGUILLA NAVARRO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The Chapter 13 Trustee has filed a *Trustee's Objection to Exemption*, dated June 18, 2013.

2. The debtor respectfully submits that on July 3, 2013, filed an *Unsworn Declaration Under Penalty of Perjury*, docket no. **12**.

3. With this *Unsworn Declaration Under Penalty of Perjury*, the debtor respectfully understands that the issues raised by the Trustee in its *Objection to Exemption* have been cured.

**WHEREFORE**, debtor requests this Honorable Court deny the *Trustee's Objection to Exemption*, in the present case.

**I CERTIFY** that on this same date a copy of this notice was sent via by the Clerk of the Court using CM/ECF systems which will send notifications of such to the **Chapter 13 Trustee**; and also certify that I have mailed by United States Postal Service

Page -2-
Case No. 13-03701-ESL
Debtor's Reply to Trustee's Objection to Exemption

copy of this motion to the following non CM/ECF participants: debtor, Ismael Veguilla Navarro; and all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 3rd of July, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699 FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com